UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    JUAN C VALADEZ  
    JULIA VALADEZ  
          Debtor(s)

Case No. 10-07080

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/23/2010.

2) The plan was confirmed on 12/22/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/22/2010, 12/07/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/26/2011, 10/17/2012, 10/17/2012.

5) The case was converted on 02/19/2013.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $36,425.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $13,545.00 |
| Less amount refunded to debtor | $790.00 |

**NET RECEIPTS:** $12,755.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $675.74 |
| Other | $26.50 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,202.24

Attorney fees paid and disclosed by debtor:   $2,750.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIS SVC LLC | Unsecured | 876.00 | 875.54 | 875.54 | 0.00 | 0.00 |
| ALSIP INTEGRATED MED | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 679.05 | 679.05 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 847.08 | 847.08 | 0.00 | 0.00 |
| CBUSA/RADIO SHACK | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL SERVICES INC | Unsecured | 8,828.67 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL SERVICES INC | Secured | 14,896.00 | 14,851.61 | 14,851.61 | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| GALAXY PORTFOLIOS LLC | Unsecured | NA | 633.92 | 633.92 | 0.00 | 0.00 |
| HINSDALE BANK & TRUST | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HINSDALE BANK & TRUST | Secured | NA | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,500.00 | 4,474.79 | 4,474.79 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 100.00 | 100.00 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,002.00 | 1,004.81 | 1,004.81 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 428.00 | 428.75 | 428.75 | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 830.00 | 833.92 | 833.92 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 666.00 | 669.13 | 669.13 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,090.00 | 1,095.23 | 1,095.23 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | NA | 3,277.29 | 3,577.29 | 1,462.50 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 71,066.00 | 69,429.04 | 72,706.33 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,975.00 | 1,975.94 | 1,975.94 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,670.00 | 1,670.14 | 1,670.14 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 618.00 | 618.85 | 618.85 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 602.00 | 564.88 | 564.88 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 445.00 | 445.12 | 445.12 | 0.00 | 0.00 |
| PREMIUM ASSET RECOVERY CORP | Unsecured | 50.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| PREMIUM ASSET RECOVERY CORP | Unsecured | NA | 50.00 | 50.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PREMIUM ASSET RECOVERY CORP | Unsecured | NA | 50.00 | 50.00 | 0.00 | 0.00 |
| SAMS CLUB | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 370.00 | 370.89 | 370.89 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Unsecured | 1,012.00 | 537.01 | 537.01 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Secured | NA | 475.00 | 475.00 | 0.00 | 0.00 |
| UNITED CREDIT UNION | Unsecured | 1,519.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT UNION | Secured | 10,775.00 | 10,775.00 | 7,687.46 | 7,687.46 | 402.80 |
| US BANK NA | Unsecured | 1,975.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE ASSET PURCHASING LL | Unsecured | NA | 1,269.05 | 1,269.05 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $87,557.94 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,577.29 | $1,462.50 | $0.00 |
| Debt Secured by Vehicle | $7,687.46 | $7,687.46 | $402.80 |
| All Other Secured | $475.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$99,297.69** | **$9,149.96** | **$402.80** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $100.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$100.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,144.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,202.24 |
| Disbursements to Creditors | $9,552.76 |
| **TOTAL DISBURSEMENTS** : | **$12,755.00** |

UST Form 101-13-FR-S (09/01/2009)

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/12/2013　　　　　　　　　　By: /s/ Tom Vaughn
　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**